UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 17-406 (FLW) |
| vs. | <u>SCHEDULING ORDER</u> |
| ASMAR EARP | |

This matter having come before the Court for arraignment; and the United States being represented by Paul J. Fishman, Unites States Attorney for the District of New Jersey (by Andrew J. Bruck, Assistant U.S. Attorney, appearing); and the Defendant being represented by Brian P. Reilly, Assistant Federal Public Defender; and the parties not having had sufficient time to meet and confer with regard to a schedule for discovery and inspection and for pretrial motions because defense counsel has just been appointed; and for good cause shown,

It is hereby ORDERED that:

1. Within two weeks from the date of this Order, that is, on or before Thursday, November 9, 2017, the Government and the Defendant shall take the actions described in paragraphs 2 through 6 of the Court's Standing Order for Criminal Trial Scheduling and Discovery; and

2. A status conference [conference call] shall be held on _Nov. 9, 2017_, at _10:00_ (a.m.)/p.m., in order for the Court to confer with counsel and to enter an appropriate Scheduling Order.

_10/26/17_
Date

_/s/ Freda L. Wolfson_
Honorable Freda L. Wolfson
United States District Judge